# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2016

Robert P. Young, Jr.,
Chief Justice

154229

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* KOZLOWSKI, Minors.

SC: 154229
COA: 330044
Livingston CC Family Division:
14-014681-NA

_____/

On order of the Court, the application for leave to appeal the July 12, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2016



Clerk

s0920